IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NENAD M. KOSTIC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.: 3:10-CV-2265-M |
| TEXAS A&M UNIVERSITY-COMMERCE, and BEN W.-L. JANG, | § § § § | |
| Defendants. | § § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 17 2014
CLERK, U.S. DISTRICT COURT
By _____
Deputy

JURY NOTE NO. _1_
(Jury Foreperson, please insert Note No.)

TO JUDGE LYNN:

Copies of depositions that were presented

To do this will require our court reporter to review his notes + print the testimony of Dr. McBroom + Dr. Evans. We estimate that will take forty-five minutes. Do you want the entire testimony of both or is there a particular issue you want the reporter to focus on?

*Judge Lynn*
4:40 12/17/14

REDACTED

(To be signed by Jury Foreperson)
12-17-14  4:25

Tomorrow morning we will have clarification.
JHL 12-17-14 ← Redacted