UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NENAD M. KOSTIC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-cv-2265-M |
| | § | |
| TEXAS A&M UNIVERSITY AT COMMERCE, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## JUDGMENT

On December 18, 2014, the jury rendered a verdict in favor of Plaintiff Nenad Kostic and against Defendant Texas A&M University at Commerce on his claim for unlawful retaliation under Title VII and awarded Plaintiff $300,000 in back pay beginning on December 9, 2010. [Docket Entry #241]. As the Court stated in its Memorandum Opinion and Order granting Plaintiff's Motion for Judgment [Docket #246], the Court also awards Plaintiff prejudgment interest on the Plaintiff's back pay award, and front pay in the amount of $166,229.

Pursuant to Federal Rule of Civil Procedure 50(b), it is **ORDERED, ADJUDGED, AND DECREED** that Kostic shall recover from Defendant Texas A&M University Commerce:

1. $300,000 in back pay, plus prejudgment interest in the amount of $70,198.80, and postjudgment interest[*] from August 13, 2015, at a rate of 0.36%, for which execution may issue.

---

[*] Postjudgment interest is calculated using the weekly average 1-year constant maturity (nominal) Treasury yield, as published by the Federal Reserve System for the calendar week preceding. 28 U.S.C. § 1961. Source: http://www.federalreserve.gov/releases/h15/update/

      2. $166,229 in front pay, and postjudgment interest from August 13, 2015, at a rate of 0.36%, for which execution may issue.

Costs of court are taxed against Defendant.

**SO ORDERED.**

August 13, 2015.

                                            **BARBARA M. G. LYNN**
                                            **UNITED STATES DISTRICT JUDGE**
                                            **NORTHERN DISTRICT OF TEXAS**