UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NENAD M. KOSTIC, | § | |
|     Plaintiff, | § | |
| | § | No. 3:10-cv-2265-M |
| v. | § | |
| | § | |
| TEXAS A&M UNIVERSITY AT | § | |
| COMMERCE, | § | |
|     Defendant. | § | |

**PLAINTIFF'S OPPOSED MOTION
FOR REASONABLE FEES AND COSTS**

Pursuant to 42 U.S.C. § 2000e-5(k),[1] FED. R. CIV. P. 54(d)(2)(A),[2] and the judgment in favor of Nenad M. Kostić (Doc. 260[3]), Kostić hereby moves for an award of reasonable attorney's fees and costs (including the costs that are recoverable under 28 U.S.C. § 1920 on the bill of costs, which is part of the Appendix) incurred in the successful pursuit of this action. The Court should

---

[1] In any action or proceeding under this subchapter the court, in its discretion, may allow the prevailing party, other than the [EEOC] or the United States, a reasonable attorney's fee (including expert fees) as part of the costs, and the [EEOC] and the United States shall be liable for costs the same as a private person.

[2] "A claim for attorney's fees and related nontaxable expenses must be made by motion unless the substantive law requires those fees to be proved at trial as an element of damages."

[3] The Court subsequently extended the usual 14-day deadline for filing this motion and the bill of costs until September 17, 2015. (Doc. 263.)

award fees, costs, and postjudgment interest as set forth below:

a. A fee of $530,273.03, detailed as follows:

| Lawyer | Hours | Rate | Fee |
|---|---|---|---|
| Brian P. Sanford | 638.28 | $650 | $414,882.00 |
| David B. Norris | 398.025 | $250 | $99,506.03 |
| David B. Norris (Law Clerk) | 11.025 | $100 | $1,102.50 |
| Ashley E. Tremain | 19.44 | $225 | $4,374.00 |
| Amy E. Gibson | 1.60 | $450 | $720.00 |
| Barry S. Hersh | 5.80 | $450 | $2,610.00 |
| Robert E. McKnight, Jr. | 14.30 | $495 | $7,078.50 |
| Total | | | $530,273.03 |

b. Costs (including those in the bill of costs) in the total amount of $61,995.18.

c. Postjudgment interest on $592,268.21 from August 13, 2015.

WHEREFORE, Dr. Kostić requests that the Court award the fees and costs detailed above, and argued in the Memorandum with support from the evidence in the Appendix.

        Respectfully submitted,

        */s/ Brian P. Sanford*
        Brian P. Sanford
        Texas Bar No. 17630700
        David B. Norris

        Texas Bar No. 24060934

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, Texas 75201
Telephone: (214) 717-6653
Facsimile: (214) 919-0113
bsanford@sanfordfirm.com
dnorris@sanfordfirm.com

*/s/ Robert E. McKnight, Jr.*
        Robert E. McKnight, Jr.
        Texas Bar No. 24051839
Law Office of Robert E. McKnight, Jr.
203 N. Liberty Street
Victoria, Texas 77901
Telephone: (361) 573-5500
Facsimile: (361) 573-5040
mcknightr@lawmgk.com

**ATTORNEYS FOR PLAINTIFF NENAD KOSTIĆ**

## CERTIFICATE OF CONFERENCE

On September 17, 2015, I conferred with counsel for TAMUC, and he indicated that TAMUC will oppose this motion.

*/s/ Brian P. Sanford*
        Brian P. Sanford

3

## **CERTIFICATE OF SERVICE**

      On September 17, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                  */s/ Brian P. Sanford*
                                                    Brian P. Sanford