# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NENAD M. KOSTIC, | § | |
|     Plaintiff, | § | |
| | § | No. 3:10-cv-2265-M |
| v. | § | |
| | § | |
| TEXAS A&M UNIVERSITY AT | § | |
| COMMERCE, | § | |
|     Defendant. | § | |

## PLAINTIFF'S SUPPLEMENTAL MOTION, AND INCORPORATED MEMORANDUM, FOR REASONABLE ATTORNEYS' FEES AND COSTS

Nenad M. Kostić, who has previously moved for fees and costs (Doc. 265), hereby supplements his motion to account for fees incurred since the filing of that previous motion on September 17, 2015, to make adjustments to the hours as detailed in footnotes 2 and 7 in his reply in support of the motion, to account for costs invoiced since the filing of the previous motion, and to include one cost item inadvertently omitted from the previous motion. Supporting this supplemental motion are the declarations of Brian P. Sanford and Robert E. McKnight, Jr. (Exhs. 1 & 2, at P. Supp. Appx. 1 and P. Supp. Appx. 11), attesting to the accuracy of the time entries and the reasonable necessity of performing the claimed work for the proper prosecution of this matter, as well as the accuracy and reasonable necessity of the costs.

With these adjustments, the amounts that the Court should award are set forth below:

    a.    An adjusted lodestar fee of $542,181.25, based on the following:

| Lawyer | Hours | Rate | Fee |
|---|---|---|---|
| Brian P. Sanford | 637.28[1]<br>10.00[2] | $650 | $414,232.00<br>$6,500.00 |
| David B. Norris | 395.525[3]<br>0.20[2] | $250 | $98,881.25<br>$50.00 |
| David B. Norris (Law Clerk) | 11.025 | $100 | $1,102.50 |
| Ashley E. Tremain | 19.44 | $225 | $4,374.00 |
| Amy E. Gibson | 1.60 | $450 | $720.00 |
| Barry S. Hersh | 5.80 | $450 | $2,610.00 |
| Robert E. McKnight, Jr. | 14.30<br>13.40[2] | $495 | $7,078.50<br>$6,633.00 |
| **Total** | | | $542,181.25 |

    b.    Costs (including those in the bill of costs) in the amount of $61,995.18 (as requested in the original motion), plus $556.75 for costs added since the original motion, for a total of $62,551.93.

---

[1] 638.28 hours (requested in the original motion), less reduction of 1.00 hour (as described in footnotes 2 and 7 of the reply memorandum).

[2] New time accrued since the original motion.

[3] 398.025 (requested in the original motion), less reduction of 2.50 hours (as described in footnote 7 of the reply memorandum).

c.    Postjudgment interest on $604,733.18 from August 13, 2015.

Respectfully submitted,

*/s/ Brian P. Sanford*

Brian P. Sanford
Texas Bar No. 17630700
David B. Norris
Texas Bar No. 24060934

**THE SANFORD FIRM**
1910 Pacific Ave., Suite 15400
Dallas, Texas 75201
Telephone: (214) 717-6653
Facsimile: (214) 919-0113
bsanford@sanfordfirm.com
dnorris@sanfordfirm.com

*/s/ Robert E. McKnight, Jr.*

Robert E. McKnight, Jr.
Texas Bar No. 24051839
Law Office of Robert E. McKnight, Jr.
203 N. Liberty Street
Victoria, Texas 77901
Telephone: (361) 573-5500
Facsimile: (361) 573-5040
mcknightr@lawmgk.com

**ATTORNEYS FOR PLAINTIFF**
**NENAD KOSTIĆ**

## CERTIFICATE OF SERVICE

On November 16, 2015, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Brian P. Sanford*
Brian P. Sanford