IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

NENAD M. KOSTIĆ,                      §
                                      §
           Plaintiff,                 §
                                      §
V.                                    §        No. 3:10-CV-2265-M
                                      §
TEXAS A&M UNIVERSITY-                 §
COMMERCE,                             §
                                      §
           Defendant.                 §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on December 28, 2015. *See* Dkt. No. 281. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted and the Court awards Plaintiff Nenad M. Kostić  $433,745.00 in reasonable attorneys' fees under 42 U.S.C. § 2000e-5(k) and $62,551.93 in costs under 28 U.S.C. § 1920, plus postjudgment interest on this award of fees and costs from August 13, 2015, the date on which the Judgment was entered.

**SO ORDERED** this 3rd day of February, 2016.


BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS